# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Pamela Duarte

v.

Michael Edward Nolan and Helix Electric

**Case No:** 16-7102

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ● Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

Michael Edward Nolan

Names of Parties                                                         Names of Parties

### Counsel Information

**Lead Counsel:** John W. Hartel

**Direct Phone:** (443) 749-5123   **Fax:** (443) 749-5150   **Email:** jhartel@hartelkane.com

**2nd Counsel:** Michael A. DeSantis

**Direct Phone:** (443) 749-5121   **Fax:** (443) 749-5150   **Email:** mdesantis@hartelkane.com

**3rd Counsel:**

**Direct Phone:** (   )   -   **Fax:** (   )   -   **Email:**

**Firm Name:** Hartel, Kane, DeSantis & Howie, LLP

**Firm Address:** 7467 Ridge Road, Suite 100

**Firm Phone:** (301) 486-1200   **Fax:** (443) 749-5150   **Email:** N/A

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)